919 A.2d 811

IN THE MATTER OF ALVIN GROSS, AN ATTORNEY AT LAW.

March 29, 2007.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–217, concluding that **ALVIN GROSS** of **CAMDEN,** who was admitted to the bar of this State in 1960, should be suspended from the practice of law for a period of three months for violating *RPC* 5.1 (supervisory responsibilities of lawyers), *RPC* 7.2(c) (improper payment to persons to recommend the lawyer's services) and *RPC* 7.3(d) (compensating a person to recommend or secure the lawyer's employment by a client or as a reward for having made a recommendation resulting in the lawyer's employment by a client);

And **ALVIN GROSS** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a four-month suspension from the practice of law is the appropriate discipline for respondent's unethical conduct and that the term of suspension should be suspended;

And good cause appearing;

It is ORDERED that **ALVIN GROSS** be suspended from the practice of law for a period of four months and that the period of suspension be suspended, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.